United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  CHARLES KINNEY,                           No. C-13-1396 MMC
12              Plaintiff,              **ORDER GRANTING JUSTICE ROGER
                                       BOREN AND JUDGE LUIS LAVIN'S
13       v.                            MOTION TO DISMISS; VACATING
                                       HEARING**
14  STATE BAR OF CALIFORNIA, et al.,
15              Defendants.
                                    /
16
17       Before the Court is the motion to dismiss, filed August 28, 2013, by California Court

18  of Appeal Justice Roger W. Boren ("Justice Boren") and California Superior Court Judge

19  Luis A. Lavin ("Judge Lavin").  Plaintiff Charles Kinney has filed opposition, to which Justice

20  Boren and Judge Lavin have replied.  Also before the Court is plaintiffs' response, filed

21  September 20, 2013, to the Court's order of August 21, 2013, directing plaintiff to show

22  cause why his claims against Justice Boren and Judge Lavin should not be dismissed.

23  Having read and considered the above-referenced filings, the Court finds the matters

24  suitable for determination on the parties' respective written submissions, VACATES the

25  hearing scheduled for October 18, 2013, and rules as follows.

26       Plaintiff's claims for an award of damages against Justice Boren and Judge Lavin,

27  which claims are based on judicial rulings, are, for the reasons stated in the motion to

28  dismiss and in the Court's order to show cause, subject to dismissal, without leave to

1  amend.  See Stump v. Sparkman, 435 U.S. 349, 355-56, 364 (1978) (holding state court

2  judges sued for engaging in "judicial acts" are "immune from damages liability" irrespective

3  of whether ruling was "in error"); Ashelman v. Pope, 793 F.2d 1072, 1075 (9th Cir. 1986)

4  (holding judges "are absolutely immune from damage liability for acts performed in their

5  official capacities").

6       Further, plaintiff's claims for declaratory and injunctive relief, by which plaintiff seeks

7  relief from orders issued by Justice Boren and Judge Lavin, are, for the reasons stated in

8  the motion to dismiss and in the Court's order to show cause, subject to dismissal, without

9  leave to amend.  See Atlantic Coast Line Railroad Co. v. Brotherhood of Locomotive

10  Engineers, 398 U.S. 281, 296-97 (1970) (holding "lower federal courts possess no power

11  whatever to sit in direct review of state court decisions"; vacating district court order

12  enjoining enforcement of state court order).

13       Accordingly, Justice Boren and Judge Lavin's motion to dismiss is hereby

14  GRANTED, and plaintiff's claims against them are hereby DISMISSED, without leave to

15  amend.

16       **IT IS SO ORDERED.**

17

18  Dated:  September 27, 2013

19                                          MAXINE M. CHESNEY
                                            United States District Judge

20

21

22

23

24

25

26

27

28

2