IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KINNEY,<br><br>    Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, et al.,<br><br>    Defendants. | No. C-13-1396 MMC<br><br>**ORDER VACATING HEARING ON CITY OF LOS ANGELES' MOTION TO DISMISS AND STRIKE AMENDED COMPLAINT** |

Before the Court is defendant City of Los Angeles' ("the City") Motion, filed November 7, 2013, "to Dismiss and Strike the Amended Complaint." Plaintiff Charles Kinney has filed opposition, to which the City has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for December 20, 2013.

**IT IS SO ORDERED.**

Dated: December 13, 2013

                                MAXINE M. CHESNEY
                                United States District Judge