IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KINNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. 13-cv-01396-MMC<br><br>**ORDER RE: OBJECTION TO RELATED CASE ORDERS** |

    The Court is in receipt of plaintiff's "Objection to Related Case Orders Entered in the Non-Pending CV16-1260," filed August 9, 2016. Having read and considered the Objection, the Court rules as follows:

    1. To the extent the Objection challenges orders by Magistrate Judge Laurel Beeler finding (a) Civil Case No. 16-2018 MEJ is related to Civil Case No. 16-1260 LB, and (b) Civil Case Nos. 16-1260 LB and 16-2278 HSG are related to Civil Case No. 14-2187 LB, the Objection is hereby OVERRULED, for the reason that said objection is procedurally improper, the undersigned not been assigned any such case. See Civil L.R. 3-12(d)-(e) (providing motion to relate cases must list title and case number of each apparently related case, and any opposition must be filed in the lowest-numbered of those cases).

    2. To the extent the Objection can be construed as a motion to relate any or all of the above-referenced five cases to Civil Case No. 13-1396 MMC, the motion is hereby DENIED, as plaintiff has failed to show Civil Case No. 13-1396 MMC and the above-listed four cases, or any of them, concern "the same parties, property, transaction or

event" as did.  See Civil L.R. 3-12(a)(1).

**IT IS SO ORDERED.**

Dated: August 12, 2016

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California

2